UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 09 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MOSAFER, INC.; et al.,<br><br>    Plaintiffs – Appellants/<br>    Cross-Appellees,<br><br>v.<br><br>ELLIOTT BROIDY; et al.,<br><br>    Defendants – Appellees/<br>    Cross-Appellants,<br><br>and<br><br>THE IRON GROUP, INC., DBA Ironistic.Com; et al.,<br><br>    Defendants,<br><br>and<br><br>STATE OF QATAR; et al.,<br><br>    Counter-defendants. | Nos. 22-55265, 22-55296<br><br>D.C. No. 2:21-cv-06320-MCS-JC<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

    The third brief on cross-appeal submitted by State of Qatar on March 3, 2023 is filed.

    Within 7 days of this order, appellee is ordered to file 6 copies of the brief in paper format with yellow covers, accompanied by certification (attached to the end

of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Stephanie M. Lee
Deputy Clerk
Ninth Circuit Rule 27-7