**FILED**

MAR 20 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MOSAFER, INC.; et al., | No. 22-55265 |
| Plaintiffs-Appellants, | D.C. No. 2:21-cv-06320-MCS-JC<br>Central District of California,<br>Los Angeles |
| v. | |
| ELLIOTT BROIDY; et al., | ORDER |
| Defendants-Appellees, | |
| and | |
| THE IRON GROUP, INC., DBA Ironistic.Com; et al., | |
| Defendants, | |
| and | |
| STATE OF QATAR; et al., | |
| Counter-defendants. | |
| MOSAFER, INC.; et al., | No. 22-55296 |
| Plaintiffs-Appellees, | D.C. No. 2:21-cv-06320-MCS-JC |
| v. | |
| ELLIOTT BROIDY; et al., | |
| Defendants-Appellants, | |

LK/Pro Mo

STATE OF QATAR; et al.,

    Counter-defendants-Appellees,

and

GEORGE NADER; et al.,

    Defendants.

The unopposed motion (Docket Entry No. 41) of defendants Broidy Capital Management, LLC, et al., for an extension of time to file the cross-appeal reply brief is granted. The optional cross-appeal reply brief is due May 23, 2023.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo      2