**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* <u>*http://www.ca9.uscourts.gov/forms/form32instructions.pdf*</u>

**9th Cir. Case Number(s)** | 22-55265 and 22-55296

**Case Name** | Mosafer, Inc. et al. v. Elliott Broidy and George Nader et al.

Hearing Location (*city*) | Pasadena

Your Name | Courtney R. Forrest

List the sitting dates for the three sitting months you were asked to review:

August 14-18, 21-25; September 11-15; October 2-6, 16-20

Do you have an unresolvable conflict on any of the above dates? ◉ Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I am unavailable on August 14-18 and 21-25. I will be on a previously scheduled sabbatical from my firm from June 26 through August 21, and will be unable to prepare for any of the August dates. I argued the motion to dismiss below and was primary author of Mr. Nader's answering brief. No one else at my firm is sufficiently familiar with the issues to take my place at oral argument.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ◉ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | s/ Courtney R. Forrest | **Date** | 5/04/2023

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at* <u>*forms@ca9.uscourts.gov*</u>

**Form 32** | *New 12/01/2018*