# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 22-55265 and 22-55296

**Case Name** Mosafer, Inc. et al. v. Elliott Broidy, et al. (and cross-appeal)

**Hearing Location** (*city*) Pasadena

**Your Name** Daniel A. Saunders

List the sitting dates for the three sitting months you were asked to review:

August 14-18, 21-25; September 11-15; October 2-6, 16-20

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

8/25 - I have a trial in Los Angeles Superior Court currently scheduled to begin on that date.
10/2-6, 10/16-18 - I will be out of the country on prepaid vacation travel.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Daniel A. Saunders  **Date** 5/4/23

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32** *New 12/01/2018*