# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 22-55265 and 22-55296

**Case Name** | Mosafer, Inc. et al. v. Elliott Broidy et al.

Hearing Location (*city*) | Pasadena

Your Name | Mitchell A. Kamin

List the sitting dates for the three sitting months you were asked to review:

August 14-18, 21-25; September 11-15; October 2-6, 16-20

Do you have an unresolvable conflict on any of the above dates? ⦿ Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I am unavailable September 11-15 because of an arbitration that begins on September 11. I argued Qatar's motion to dismiss in the district court and will be arguing the appeal.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | s/ Mitchell A. Kamin     **Date** | May 5, 2023

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 32                                                                                          New 12/01/2018